```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:_____   │
│ DATE FILED: 8/17/2020   │
└─────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2020

By CM/ECF

Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl St.
New York, New York

Application GRANTED. SO ORDERED.
Dated: August 17, 2020

/s/ Gregory H. Woods

Re:   Espino *vs. Commissioner of Social Security*
      Civil Action No. 20-cv-02426 (GHW-SDA)

Dear Judge Woods:

   This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. I respectfully request a thirty day extension of the Commissioner's deadline to file the certified administrative record, from August 24, 2020 to September 23, 2020.

   This is the Commissioner's first request for an extension. The extension is necessary because of delays in preparing the certified administrative record due to the telecommuting and other temporary workplace changes implemented by the Social Security Administration in response to the pandemic. Plaintiff consents to the requested extension. Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        AUDREY STRAYSS
                                        Acting United States Attorney

                                 By:    /s/ *Benil Abraham*
                                        Benil Abraham
                                        Special Assistant United States Attorney
                                        c/o Social Security Administration
                                        Office of General Counsel
                                        26 Federal Plaza, Room 3904
                                        New York, NY 10278
                                        Tel.: (212) ########
                                        Fax: (212) 264-6372

cc: Daniel Berger, Esq.