UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANA M. ESPINO,

                      Plaintiff,                        20 **CIVIL** 2426 (GHW-SDA)

     -v-                                                 **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECUIRTY,
                     Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 14, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           January 14, 2021

                                                                          **RUBY J. KRAJICK**

                                                                         **Clerk of Court**
                                      **BY:**
                                                                      **Deputy Clerk**